# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:09-CV-2010 CAS |
| STONE PRODUCTIONS, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF ADMINISTRATIVE CLOSURE

Pending before the Court is the parties' joint motion to stay this matter until October 2011, pending the performance of a settlement agreement. Defendant originally requested an extension of time to respond to plaintiffs' complaint, which was subsequently extended several times while the parties attempted to achieve settlement. In their motion, the parties state that they have reached a settlement agreement, however, they request that the case not be dismissed, but rather that it remain open and held in abeyance for 18 months, through the performance of the settlement agreement. The Court finds a stay for such an extended period of time is not appropriate, and that the case should be administratively closed instead. The file may be reopened upon motion of either party, which shall include:

(a) a brief statement of the facts and procedural history;

(b) the issues remaining for determination;

(c) whether a Rule 16 scheduling conference is requested;

(d) whether it is anticipated that there will be pretrial motion practice, including the filing of dispositive motions;

(e) when it is reasonably likely this case would be ready to proceed to trial; and

(f) the estimated length of trial.

In the event performance is complete under the terms of the settlement agreement, the parties may file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment, without first moving to have the case reopened.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall **administratively close** this file, which shall be subject to reopening on motion as set forth in this order.

**IT IS FURTHER ORDERED** that the parties' joint motion to stay and hold the case in abeyance is **DENIED.** [Doc. 13]

 

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   11th   day of May, 2010.