UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Carpenters' District Council Of Greater St. Louis and Vicinity, et al., | ) ) ) |
| Plaintiffs, Judgment Creditors, | ) ) |
| vs. | ) Case No. 4:09-cv-02010-CAS ) |
| Stone Productions, LLC , | ) ) |
| Defendant/Judgment Debtor. | ) |

## CLERK'S ORDER

**IT IS HEREBY ORDERED** that plaintiffs' APPLICATION for Writ on garnishment [Doc. # 18] is **WITHDRAWN**.

Dated this 30th day of March, 2011.

*James G. Woodward*
James G. Woodward, Clerk of Court